**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GUERRERO-TORRES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> ) | Case No. ED CV 18-1970 FMO <br>       ED CR 17-0131 FMO-1 <br><br><br> **JUDGMENT** |

  Pursuant to the Court's Order Re: Motion to Vacate, Set Aside, or Correct Sentence, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 7th day of May, 2019.

/s/ <br>
Fernando M. Olguin <br>
United States District Judge